Marvin R. Mohney, Esq.
Texas Bar No. 14252500
120 Founders Square
900 Jackson Street
Dallas, Texas 75202
Telephone: 214-698-3011
Facsimile: 214-698-9207
Email: marvinmohney@aol.com
ATTORNEY FOR THE DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AVIA ENERGY | § | CASE NO. 05-39339 BJH-11 |
| DEVELOPMENT, L.L.C., et al, | § | |
| | § | (Chapter 11) |
| DEBTORS. | § | |

**APPLICATION FOR FINAL DECREE**

**Notice Regarding Local Bankruptcy Rule 9007.1**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL BUILDING, U.S. COURTHOUSE 1100 COMMERCE STREET - ROOM 1254, DALLAS, TX 75242 BEFORE CLOSE OF BUSINESS ON MAY 5, 2008 WHICH IS AT LEAST TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:**

-2-

On February 11, 2008, the Debtors filed a Post Confirmation Report to advise that their joint Plan of Reorganization, as confirmed by the Court, was fully administered, with the exception that, at the request of Amegy Bank, N.A., a motion to terminate an administrative claims reserve established under the Debtors' joint plan was pending, approval of which was needed for the Debtors to be able to make final distributions under their plan.  Subsequently, the Court authorized the Debtors to terminate the administrative claims reserve, and the Debtors have completed making their final distributions to creditors.

As previously noted, the Debtors have transferred all or substantially all of the property proposed to be transferred by their Confirmed Plan of Reorganization; and the Debtors-in-possession, or the successors to the Debtors-in-Possession, has assumed the business or the management of all or substantially all of the property of the Debtors-in-possession as provided in the confirmed Plan of Reorganization.

The Debtors' counsel has conferred with the Office of the United States Trustee, and the Debtors have prepared a final quarterly report that is awaiting signature to be filed together with final payment to the Office of the United States Trustee.  Accordingly, subject to such filing and payment to the Office of the United States Trustee, to be certified by the undersigned prior to the Debtors submitting a proposed Order for Final Decree, the Debtors request that the Court enter a final decree to close their cases.

WHEREFORE, the Debtors respectfully request that the Court enter an Order for Final Decree that closes the Debtors' Chapter 11 cases, and grant such other and further relief that the

-3-

Court deems to be just and proper.

                                                Respectfully submitted,

                                                */s/ Marvin R. Mohney*

                                                Marvin R. Mohney
Texas Bar No. 14252500
120 Founders Square
900 Jackson Street
Dallas, Texas 75202
Telephone: 214-698-3011
Facsimile: 214-698-9207
Email: marvinmohney@aol.com

                                                ATTORNEY FOR THE DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, a copy of the foregoing document was served via the Court's PACER electronic notification system upon registered counsel and parties that have appeared herein, and by First Class United States Mail upon all other counsel and parties in interest that have appeared but are listed as not receiving electronic notices from the Court.

                                                */s/ Marvin R. Mohney*

                                                Marvin R. Mohney